DAVIS, Respondent, v. DODGE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Robert L. Davis against John L. Dodge. No opinion. Motion denied, without costs, provided the appellant perfect his appeal in time to place the case upon the next calendar of this court and

be ready for argument when the cause is reached; otherwise, motion granted, with $10 costs.